**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **INDEPENDENCE FEDERAL SAVINGS BANK,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**JAY BONANZA BRILEY, et al.** )<br>)<br>Defendants. )<br>) | Case No. 1:08-cv-01189 (LO/JFA) |

## DEFENDANTS' AMENDED PRETRIAL STATEMENT

Defendants Jay Bonanza Briley and Constance H. Briley ("Defendants"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's April 15, 2009 Order [Dkt. 18], hereby submit their Amended Pretrial Statement as follows:

## DEFENDANTS' TRIAL WITNESS LIST
### (Fed. R. Civ. P. 26(a)(3)(A)(i))

1. Jay Bonanza Briley
   3859 Lewiston Place
   Fairfax, VA 22030

2. Constance H. Briley
   3859 Lewiston Place
   Fairfax, VA 22030

3. Robert B. Isard
   Vice-Chairman of the Board
   Independence Federal Savings Bank
   1229 Connecticut Avenue, N.W.
   Washington, D.C. 20036

4. Charles Robinson
   5323 2nd Street, N.W.

       Washington, D.C. 20011

5.    Nelson Deckelbaum, Esq.
       Cooter Mangold Tompert & Karas, LLP
       5301 Wisconsin Avenue, N.W.
       Suite 500
       Washington, D.C. 20015

6.    Patricia Hubbard
       Independence Federal Savings Bank
       1229 Connecticut Avenue, N.W.
       Washington, D.C. 20036

7.    Barbara Lucas
       Oak Street
       P.O. Box 54
       Broad Top, PA 16621

8.    John Kelly
       3905 Hudee Drive
       Mitchellville, MD 20721

9.    Morton A. Bender
       1025 Connetiocut Avenue, N.W.
       Suite 606
       Washington, D.C. 20036

10.   Thomas Batties
       1452 Primrose Road, N.W.
       Washington, D.C. 2012

11.   Joseph Donnelly, Jr. MAI
       J. Lee Donnelly & Son, Inc.
       7355 Wisconsin Avenue
       Bethesda, MD 20814

12.   Mark Murdoc
       Independence Federal Savings Bank
       1229 Connecticut Avenue, N.W.
       Washington, D.C. 20036

13.   Steve Colliatie
       American Bank
       4800 Montgomery Lane
       Suite 1000
       Bethesda, MD 20814

14. William Godfrey
    American Bank
    4800 Montgomery Lane
    Suite 1000
    Bethesda, MD 20814

15. James Plack, President
    American Bank
    4800 Montgomery Lane
    Suite 1000
    Bethesda, MD 20814

16. John Hall, Esq.
    4100 Massachusetts Avenue, N.W.
    Suite 918
    Washington, D.C. 20016

17. Michael Kelly
    Executive Director
    District of Columbia Housing Authority
    1133 North Capitol Street, N.E.
    Washington, D.C. 20002

18. Shirley Boubert
    Project Manager
    District of Columbia Housing Authority
    1133 North Capitol Street, N.E.
    Washington, D.C. 20002

19. Custodian of Records
    City Title & Escrow Company, Inc.
    4400 Jennifer Street, N.W.
    Washington, D.C. 20015

20. Paul E. Spruill
    Paul E. Spruill & Associates, Inc.
    P.O. Box 4111
    Kettering Finance Station
    Largo, MD 20775

Defendants reserve the right to call witnesses at trial for purpose of impeachment and/or rebuttal that may not have been identified above. Defendants reserve the right to call witnesses identified as a witness by Plaintiff.

## DEFENDANTS' DEPOSITION DESIGNATIONS
**(Fed. R. Civ. P. 26(a)(3)(A)(ii))**

1. Deposition Transcript of Robert Isard, Independence Federal Savings Bank's Corporate Representative, dated June 18, 2009.

2. Deposition Transcript of Charles Robinson, dated June 18, 2009.

## DEFENDANTS' TRIAL EXHIBIT LIST
**(Fed. R. Civ. P. 26(a)(3)(A)(iii))**

| Ex. | Date | Exhibit Name |
| --- | --- | --- |
| 1. | November 13, 2008 | Complaint on Guaranty of Payment |
| 2. | April 9, 2009 | Plaintiff's Answers to Defendants' First Set of Interrogatories |
| 3. | September 10, 2004 | Letter re self contained appraisal report on Two Six-Unit Condominium Buildings 423 & 429 18th Street, N.E. |
| 4. | September 14, 2006 | Loan Summary Request for $2,104,740.00 |
| 5. | March 27, 2006 | Loan Presentation Form for $2,104,740.00 |
| 6. | May 12, 2006 | Letter from Charles Robinson to Briley re Status of Loan Request |
| 7. | May 18, 2006 | Letter from Barbara Lucas to Briley re loan approval of acquisition and construction loan |
| 8. | June 16, 2006 | Letter from Charles Robinson to Mr. Donnelly re appraisal assignment evaluation real property at 1033 Park Road |
| 9. | July 25, 2006 | Email from Christopher Chambers, Esq. to Charles Robinson re Board unanimously approved the loan for $2.1 Mil. |
| 10. | August 3, 2006 | Letter from Briley top Mr. Robinson re labor and expenses in developing 1033 Park Road Project. |
| 11. | August 4, 2006 | Email from Chris Chambers, Esq. to Mr. Robinson re May 17th Board approval was by a vote reflected in the minutes |
| 12. | August 7, 2006 | General Addendum |
| 13. | August 10, 2006 | Commercial Loan Submission Form signed by Charles Robinson |
| 14. | August 24, 2006 | Fax Cover Sheet from Charles Robinson to Scott Vekeman re 9 unit apartment to be converted into 6 condos. |
| 15. | November 3, 2006 | Email between Scott Vekeman and Charles Robinson re funds drawn |
| 16. | Unknown | Draw Schedule for 1033 Park Road |
| 17. | November 7, 2006 | Email from Charles Robinson to Scott Vekeman re Draw Schedule for 1033 Park Road |
| 18. | November 13, 2006 | Loan Summary Request for $45,000.00, signed by Charles Robinson |
| 19. | November 17, 2006 | Email to Lucas re Dick Sugerman re prepare medication to note & D.O.T. |
| 20. | November 17, 2006 | Handwritten message that rest of document has been redacted – Same as #22. |
| 21. | December 14, 2006 | Email from Charles Robinson to Deborah Daniel re rundown/update of loan with handwritten notes. |
| 22. | March 13, 2007 | Letter from Briley to Charles Robinson re Financing Additional Unit at 1033 Park Road |
| 23. | May 22, 2007 | Independence Bank's internal history of Note with handwritten notes |
| 24. | June 1, 2007 | Email from Charles Robinson to Patricia Hubbard re interest reserve. |
| 25. | June 5, 2007 | Personal Financial Statement – only 1st page (signed on June 5, 2007) |
| 26. | Unknown | Jay and Constance Brileys' 2006 Income Tax Return – Only 1st page |
| 27. | July 3, 2007 | Email from Charles Robinson to Barbra Lukas re Auditor Briley |
| 28. | July 3, 2007 | Fax Cover Sheet from Charles Robinson to Pat Hubbard re documents for the |

| | | Auditor |
|---|---|---|
| 29. | July 3, 2007 | Independence Bank's internal history of Note |
| 30. | July 13, 2007 | Email from Charles Robinson to Barbara Lucas re new loan and potential terms |
| 31. | July 13, 2007 | Email from Charles Robinson to Barbara Lucas re Loan Advance |
| 32. | July 23, 2007 | Email from Charles Robinson to Barbara Lucas re Loan Participation Memo |
| 33. | Unknown | Loan Summary Request from $2,450,000 – undated and unsigned |
| 34. | August 21, 2007 | Equifax ePort – Jay Briley's Beacon Score of 696 as of August 21, 2007 |
| 35. | August 2007 | Loan Summary Request for $2,500,000, signed by Charles Robinson and Barbra Lucas on August 9, 2007 and John Hall, President and CEO on August 30, 2007 |
| 36. | August 30, 2007 | Independence Bank's internal history of Note |
| 37. | Unknown | Loan Commitment for $2,500,000.00 signed by the Brileys |
| 38. | October 17, 2007 | Letter from Barbara Lucas to City Title & Escrow |
| 39. | October 18, 2007 | Construction Loan Agreement |
| 40. | Unknown | Refinanced – Construction Budget for 1033 Park Road |
| 41. | October 25, 2007 | Letter from Briley to Mrs. Lucas, Charles Robinson and Kathy Yamada re refinancing and issues on HUD Statement |
| 42. | October 22, 2007 | Participation Certificate for $2,500,000.  Lead Bank: Independence and Participant: American Bank |
| 43. | October 30, 2007 | Fax cover sheet from Patricia Hubbard to American Bank requesting American Bank to disburse pro rata share |
| 44. | December 12, 2007 | Email from Barbara Lucas to Charles Robinson re Jay needing extra money that was used at settlement |
| 45. | February 17, 2008 | Letter from Briley to Mr. Isard re resolution to submittal to increase funding to complete project. |
| 46. | April 24, 2008 | Letter from Patricia Hubbard to Briley re insufficient reserves available |
| 47. | May 8, 2008 | Letter from Briley to Mr. Isard and Mr. Kelly – response to April 24, 2008 letter |
| 48. | May 15, 2008 | Letter from Patricia Hubbard to Briley re unexpected items have came up and had to be paid. |
| 49. | August 5, 2008 | Memorandum from William Godfrey, American Bank to Patricia Hubbard requesting Independence to disburse its pro rata share. |
| 50. | August 5, 2008 | Certificate of Participation No. 13 – Lewis Bloom and Nancy Schwartz |
| 51. | October 29, 2008 | Email from Briley to Isard and Colliatie re DCHA re closing with ADA funding. |
| 52. | November 4, 2008 | Email from Briley to Bender, Isard and Colliatie in response to November 3, 2008 meeting |
| 53. | March 10, 2009 | Letter of Commitment, from Revita Lending to Briley Builders, Inc. re Loan amount of $700,000.00 |
| 54. | February 23, 2009 | Defendants' First Request for Production of Documents to Plaintiff |
| 55. | June 18, 2009 | Defendants' Second Request for Production of Documents to Plaintiff Independence Federal Savings Bank |
| 56. | June 18, 2009 | Defendants' First Request for Admissions to Plaintiff Independence Federal Savings Bank |
| 57. | June 18, 2009 | Defendants' Second Request for Interrogatories to Plaintiff Independence Federal Savings Bank |
| 58. | June 18, 2009 | Deposition Transcript of Robert Isard |
| 59. | June 18, 2009 | Deposition Transcript of Charles Robinson |
| 60. | July 17, 2009 | Letter from Mr. Deckemlaum to Mr. Cundra re additional documents |
| 61. | November 2004 | Independence Federal Savings Bank General Lending Policies & Procedures including amendments |
| 62. | Unknown | Weschler's Auctioneers for sale of Condominium Unit #11, 423 18th Street, N.E., Washington, D.C. |
| 63. | Unknown | Weschler's Auctioneers for sale of Condominium Unit #12, 423 18th Street, N.E., Washington, D.C. |

| | | |
|---|---|---|
| 64. | Unknown | Weschler's Auctioneers for sale of 1033 Park Road, N.W. Washington, D.C. |
| 65. | September 6, 2007 | Individual Condominium Unit Appraisal Report for Condominium Unit #11, 423 18th Street, N.E., Washington, D.C. |
| 66. | September 6, 2007 | Individual Condominium Unit Appraisal Report for Condominium Unit #12, 423 18th Street, N.E., Washington, D.C. |
| 67. | June 28, 2006 | Appraisal Report of Proposed Condominium Property 1033 Park Road, N.W., Washington, D.C. 20010 |
| 68. | Unknown | The Vindisi Condominium Public Offering Statement |
| 69. | October 24, 2007 | Settlement Statement |
| 70. | October 18, 2007 | Note |
| 71. | October 18, 2007 | Deed of Trust |
| 72. | November 4, 2009 | Email from Jay Briley to Mr. Bender and Mr. Isard re Suspending Foreclosures on 1033 Park Road and 423 Units 11 & 12 |
| 73. | October 28, 2008 | Email from Jay Briley to Mr. Isard and Steve Collitie re FWD: 1033 Park Closing |
| 74. | October 17, 2007 | Email from Rose Ann Young to Jackie Hunt and William Godfrey re JBB LLC Closing Today |
| 75. | October 28, 2007 | Participant Certificate for amount advanced on October 28, 2007 |
| 76. | October 17, 2007 | Participant Certificate for amount advanced on October 22, 2007 |
| 77. | Unknown | Draw Schedule for 1033 Park Road – 1st Budget |
| 78. | Unknown | Draw Schedule for 1033 Park Road – Budget for Additional Funds |
| 79. | November 13, 2007 | Email from Rose Anne Young to Jackie Hunt and William Godfrey re 1033 Park Road LLC |
| 80. | November 20, 2007 | First American Title Insurance Company Endorsement |
| 81. | December 10, 2007 | Email from Rose Anne Young to William Godfrey re JBB 1033 park Road LLC |
| 82. | December 13, 2007 | Participant Certificate for amount advanced on December 1, 2007 |
| 83. | December 12, 2007 | Participant Certificate for amount advanced on December 12, 2007 |
| 84. | January 16, 2008 | Fax Cover Sheet from Patricia Hubbard to William Godfrey, Subject: Account 0600000103-2 and Participant Certificate for amount advanced on January 2, 2008 |
| 85. | Unknown | Chart reflecting American Bank and IFSB payments |
| 86. | March 26, 2008 | Fax Cover Sheet from Patricia Hubbard to William Godfrey, Subject: Account 0600000103-2 and including Participant Certificate for amount advanced on March 1, 2008 |
| 87. | April 22, 2008 | Fax Cover Sheet from Patricia Hubbard to William Godfrey, Subject: Account 0600000103-2 and including Participant Certificate for amount advanced on April 1, 2008 |
| 88. | October 14, 2008 | Letter from Mark Murdock to Steve Colliatie with attached Corrective Action Plan, Default Letter and Title Search |
| 89. | December 5, 2008 | Email from Carol Taylor to William Godfrey re JBB 1033 Park Road |
| 90. | July 10, 2007 | Appraisal Report of Proposed Condominium Property 1033 Park Road, N.W., Washington, D.C. 20010 |
| 91. | August 22, 2007 | American Bank's Loan Request Summary |
| 92. | May 20, 2008 | Fax Cover Sheet from Patricia Hubbard to William Godfrey, Subject: Account 0600000103-2 and including Participant Certificate for amount advanced on May 1, 2008 |
| 93. | April 24, 2008 | Memorandum from William Godfrey to Patricia Hubbard re J.B.B. 1033 Park Rd. LLC |
| 94. | February 12, 2008 | Fax Cover Sheet from Patricia Hubbard to Rose Ann Young, Subject: Account 0600000103-2 and including Participant Certificate for amount advanced on February 1, 2008 |
| 95. | October 17, 2007 | Loan Participation Agreement between Independence Federal Savings Bank and American Bank |
| 96. | January 13, 2009 | Letter from James Plack, President of American Bank to John Hall, President of |

|     |                  | Independence Federal Savings Bank                                                                                                            |
|-----|------------------|----------------------------------------------------------------------------------------------------------------------------------------------|
| 97. | Unknown          | American Bank's Transaction History 1-1-2007 to 7-6-2009                                                                                     |
| 98. | January 22, 2009 | Appraisal Report of Residential Investment Property 1033 Park Road, N.W., Washington, D.C. 20010 prepared for Robert Isard                   |
| 99. | February 3, 2009 | Appraisal Report for Briley Builders, Inc. on Existing Apartment Building located at 1033 Park Road, N.W., Washington, D.C. 20010            |

Defendants reserve the right to supplemental this list prior to trial.  Defendants reserve the right to use additional exhibits for the purposes of impeachment or rebuttal.

DATE: July 24, 2009                                   Respectfully submitted,


  /s/ Natasha M. Zech
Natasha M. Zech, Esq. ((VSB No. 51149)
Steven D. Cundra, Esq. *(pro hac vice)*
Roetzel & Andress, LPA
1300 Eye Street., N.W.
Suite 400 East
Washington, D.C. 20005
Tel: (202) 625-0660
Fax: (202) 338-6340
Email:  nzech@ralaw.com
Email:  scundra@ralaw.com
*Counsel for Defendants Jay Bonanza Briley and Constance H. Briley*

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 24th day of July 2009, a copy of *Defendants' Amended Pretrial Statement* was served via the Court's CM/ECF system upon the following counsel of record:

Stephen Nichols, Esq.
Nelson Deckelbaum, Esq.
Cooter Mangold Tompert & Karas, LLP
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015

/s/ Natasha M. Zech
Natasha M. Zech, Esq.  (VSB No. 51149)
Roetzel & Andress, LPA
1300 Eye Street, N.W.
Suite 400 East
Washington, D.C. 20005
Telephone:  202.625.0600
Facsimile:  202.338.6340
Email: nzech@ralaw.com
*Counsel for Defendants Jay Bonanza Briley and Constance H. Briley*